**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**DEC 19 2005**

Civil Action No. **05 - CV - 02568** -∂ES

GREGORY C. LANGHAM
CLERK

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

LYNN E. SCOTT,

      Plaintiff,

v.

UNITED STATES, and or
CONGRESS, and or
PRESIDENT, and or
ATTORNEY GENERAL,

      Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915, and a Prisoner Complaint. The court has determined that

the documents are deficient as described in this order. Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff

will be directed to cure the following if he wishes to pursue his claims. Any papers

which the Plaintiff files in response to this order must include the civil action number on

this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   X   is missing certified copy of prisoner's trust fund statement for the 6-month
                 period immediately preceding this filing

(4)  __    is missing required financial information
(5)  __    is missing an original signature by the prisoner
(6)  __    is not on proper form (must use the court's current form)
(7)  __    names in caption do not match names in caption of complaint, petition or
           habeas application
(8)  __    An original and a copy have not been received by the court.
           Only an original has been received.
(9)  __    other _____

**Complaint, Petition or Application:**
(10)  __   is not submitted
(11)  __   is not on proper form (must use the court's current form)
(12)  __   is missing an original signature by the prisoner
(13)  __   is missing page nos. ___
(14)  __   uses et al. instead of listing all parties in caption
(15)  __   An original and a copy have not been received by the court.  Only an
           original has been received.
(16)  __   Sufficient copies to serve each defendant/respondent have not been
           received by the court.
(17)  _X_  names in caption do not match names in text
(18)  _X_  other: two different complaints submitted.

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this ___19___ day of ___December___, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **05 - CV - 02568** -OES

Lynn E. Scott
Prisoner No. 60760
LCF - Unit 2-A-1-8
49030 State Highway 71
Limon, CO 80826

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on ___12/19/05___

GREGORY C. LANGHAM, CLERK

By:_____
                Deputy Clerk